[No. 25868-1-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EZEKIEL ALON HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-06389-3, Steven G. Scott, J., entered March 26, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Agid and Kennedy, JJ.

[No. 26363-3-I.   Division One.   April 27, 1992.]

RUTH WILLIAMS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-14947-0, Liem E. Tuai, J., entered May 17, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Pekelis, J.

[Nos. 26573-3-I; 27507-1-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH RAY ROSS, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 89-1-01380-5, John E. Rutter, Jr., J., entered July 13, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Agid, JJ.

[No. 26995-0-I.   Division One.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAIN MARCEL MADDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00985-0, Steven G. Scott, J., entered April 25, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Baker, J.